# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Roderick Perrineau     Docket No. 5:13-CR-262-1D

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Roderick Perrineau, who, upon an earlier plea of guilty to Conspiracy to Possess with Intent to Distribute Cocaine [21 U.S.C. § 846], was sentenced by the Honorable Samuel G. Wilson, Chief U.S. District Judge, Western District of Virginia (7:00-CR-126-3), on December 30, 2002, to the custody of the Bureau of Prisons for a term of 121 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall pay any special assessment, fine, and/or restitution imposed by this judgement.

4. The defendant shall not possess a firearm or destructive device and shall reside in a residence free of firearms and destructive devices.

Roderick Perrineau was released from custody on March 29, 2010, at which time the term of supervised release commenced.

On August 23, 2013, jurisdiction of this case was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was arrested and charged with Driving While Impaired and Speeding (13CR50566) in Warren County, North Carolina. The case is pending in state court. The probation office respectfully recommends continuing the defendant on supervision and allowing the case to resolve

Roderick Perrineau
Docket No. 5:13-CR-262-1D
Petition For Action
Page 2

itself in the state court system. As a sanction for this noncompliance, the probation office recommends that the conditions of supervision be modified to include 24 hours of Community Service. Furthermore the defendant has been instructed to enroll in a substance abuse program in Warren County for his alcohol use, and states that he has already started looking.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Arthur B. Campbell<br>Arthur B. Campbell<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8660<br>Executed On: October 29, 2013 |

### ORDER OF COURT

Considered and ordered this **29** day of **October**, 2013, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge